UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerone McDougald,

    Plaintiff/Appellant,

        v.                                  Case No. 1:17cv196

Sgt. Michael Dillow, *et al.*,                Judge Michael R. Barrett

    Defendant/Appellee.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on May 1, 2019 (Doc. 48).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 48) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 48) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the Magistrate Judge, and pursuant to the "three strikes" provision set forth in 28 U.S.C. § 1915(g), plaintiff/appellant's Motion to proceed on appeal *in forma pauperis* (Doc. 47) is **DENIED**.

    **IT IS SO ORDERED.**

                                                    /s/ Michael R. Barrett
                                                    Michael R. Barrett, Judge
                                                    United States District Court